# Exhibit "A"

## Case #2023-11750

| | |
|---|---|
| Case Number | 2023-11750 |
| Commencement Date | 7/27/2023 3:28:00 PM |
| Last Filing Date | 5/8/2024 |
| Days Open | 288 |
| Case Type | TORT - INTENTIONAL |
| PFA Number | |
| Caption Plaintiff | BLACK, SAMUEL P III |
| Caption Defendant | JAMES, SOOMI |
| Status | Open |
| Judge | |
| Parcel Number | |
| Remarks | |
| Interpreter Needed | |
| Disposition | |
| Sealed | No |

# Plaintiffs

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| BLACK, SAMUEL P III | 121 EAST 2ND STREET ERIE, PA 16507 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 1 | |
| SAMUEL P BLACK & ASSOCIATES | 121 EAST 2ND STREET ERIE, PA 16507 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 2 | |
| BLACK INSURANCE GROUP | NO ADDRESS GIVEN , UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 3 | |
| ERIE MANAGEMENT GROUP LLC | 1540 EAST LAKE ROAD ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 4 | |
| BLACK INTERESTS LIMITED PARTNERSHIP | 1540 EAST LAKE ROAD SUITE 300 ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 5 | |
| HERO BX MANAGEMENT CONSULTING | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 6 | |
| S B 3 LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 7 | |
| S B ERIE PROPERTIES LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 8 | |
| S P BLACK FAMILY HOLDINGS LP | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 9 | |
| LAKE ERIE BIOFUELS LLC | 1540 EAST LAKE ROAD ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 10 | |

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| HERO, BX | 1540 EAST LAKE ROAD ERIE, PA 16511 UNITED STATES | US | ANGELONE, ANTHONY ESQ NIETUPSKI, GERY T ESQ | Yes | 11 | |

## Defendants

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| JAMES, SOOMI | 289 NIAGARA POINTE ERIE, PA 16507 UNITED STATES | US | | Yes | 1 | |
| JAMES-BLACK, SUMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 2 | |
| JAMES, BLACK SOOMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 3 | |
| JAMES, H SOMMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 4 | |
| MI, HAM SOO | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 5 | |
| MI, NHEI SOO | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 6 | |
| JAMES, SUMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 7 | |
| MI, HAM SOOMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 8 | |
| JAMES, DIEBOLD SOOMI | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 9 | |
| BUZZARD, NICOLE | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 10 | |
| SUMI JAMES-BLACK 2022 IRREVOCABLE TRUST | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 11 | |
| JAMES BLACK 2020 IRREVOCABLE TRUST | 120 WEST 10 STREET ERIE, PA 16501 UNITED STATES | US | | Yes | 12 | |
| SILVERTHORN 2021 IRREVOCABLE TRUST | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 13 | |
| S J B 2020 INHERITANCE TRUST | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 14 | |
| S P B III HDAI 2020 IRREVOCABLE TRUST | 289 NIAGARA POINTE ERIE, PA 16507 UNITED STATES | US | | Yes | 15 | |
| LOT 289 LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 16 | |
| LOT, 298 | 120 WEST TENTH STREET ERIE, PA 16501 UNITED STATES | US | | Yes | 17 | |
| TOP ROAD LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | MCMICHAEL, LAWRENCE G ESQ | Yes | 18 | |

| Name | Address | Country | Counsel | Notify | Sequence | Status |
|---|---|---|---|---|---|---|
| PRISM GLASS RECYCLING LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 19 | |
| S J B INVESTMENT ENTERPRISES LLC | 1540 EAST LAKE ROAD STE 300 ERIE, PA 16511 UNITED STATES | US | | Yes | 20 | |
| REABAH INC | 4666 GLEN CREST DRIVE ERIE, PA 16509 UNITED STATES | US | | Yes | 21 | |
| NETWORKING TECHNOLOGIES LLC | 3910 CAUGHEY ROAD STE 120 ERIE, PA 16506 UNITED STATES | US | | Yes | 22 | |
| KNOX MCLAUGHLIN GORNALL & SENNETT PC | NO ADDRESS GIVEN , UNITED STATES | US | | Yes | 23 | |
| HAM, SOOMI | 289 NIAGARA POINTE ERIE, PA 16507 UNITED STATES | US | | Yes | 24 | |
| NHEI, SOOMI | , UNITED STATES | US | | Yes | 25 | |
| MI, SOOMI | , UNITED STATES | US | | Yes | 26 | |
| LOT 298 LLC | , UNITED STATES | US | | Yes | 27 | |

## Docket Entries

| Sequence | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 0 | 7/27/2023 12:00:00 AM | TORT - INTENTIONAL | CAPTION: SAMUEL P BLACK III; SAMUEL P BLACK & ASSOCIATES D/B/A BLACK INSURANCE GROUP; ERIE MANAGEMENT GROUP LLC; SAMUEL P BLACK III; BLACK INTERESTS LIMITED PARTNERSHIP; HERO BX MANAGEMENT CONSULTATING; SB3 LLC; SB ERIE PROPRTIES LLC; S P BLACK FAMILY HOLDINGS LP; LAKE ERIE BIOFUELS LLC D/B/A HEREO BX VS SOMMI JAMES A/K/A SUMI JAMES-BLACK A/K/A SOOMI JAMES BLACK A/K/A SOOMI H JAMES A/K/A SOO MI HAM A/K/A SOO MI NHEI A/K/A SUMI JAMES A/K/A SOOMI MI HAM A/K/A SOOMI JAMES DIEBOLD; AND NICOLE BUZZARD; AND THE SUMI JAMES-BLACK 2022 IRREVOCABLE TRUST; AND THE JAMES BLACK 2020 IRREVOCABLE TRUST; AND THE SILVERTHORN 2021 IRREVOCABLE TRUST AND | No |
| 1 | 7/27/2023 12:00:00 AM | CAPTION CONTINUED: | CAPTION CONTINUED: THE SJB 2020 INHERITANCE TRUST AND THE SPB III (HDAI) 2020 IRRECOVABLE TRUST AND LOT 289 LLC AND LOT 298 LLC; AND TOP ROAD LLC; AND PRISM GLASS RECYCLING LLC AND SJB INVESTMENTS ENTERPRISES LLC AND REABAH INC AND NETWORKING TECHNOLOGIES LLC AND KNOX MCLAUGHLIN GORNALL & SENNETT PC | No |
| 4 | 7/27/2023 12:00:00 AM | CIVIL COVER SHEET FILED. | CIVIL COVER SHEET FILED. | No |
| 5 | 7/27/2023 12:00:00 AM | PRAECIPE -WRIT OF SUMMONS | PRAECIPE FOR WRIT OF SUMMONS F/GERY T NIETUPSKI, ESQ AND ANTHONY ANGELONE ESQ | No |
| 6 | 7/28/2023 12:00:00 AM | WRIT OF SUMMONS ISSUED. | WRIT OF SUMMONS ISSUED. | No |
| 7 | 7/28/2023 12:00:00 AM | WRIT OF SUMMONS FORWARDED TO ATTORNEY. | WRIT OF SUMMONS FORWARDED TO ATTORNEY. | No |
| 8 | 8/9/2023 12:00:00 AM | ACCEPTANCE OF SERVICE | ACCEPTANCE OF SERVICE OF WRIT OF SUMMONS ON BEHALF OF THE JAMES BLACK 2020 IRREVOCABLE TRUST, LOT 239, LLC, LOT 298, LLC, AND TOP ROAD, LLC F/NEAL R DEVLIN, ESQ | No |

| Sequence | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 9 | 8/9/2023 12:00:00 AM | ACCEPTANCE OF SERVICE | ACCEPTANCE OF SERVICE OF WRIT OF SUMMONS ON BEHALF OF KNOX MCLAUGHLIN GORNALL & SENNETT, PC F/THOMAS A TUPITZA, ESQ | No |
| 20 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: THE SJB 2020 INHERITANCE TRUST %, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 21 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: THE SPBIII (HDAI) IRREVOCABLE TRUST %, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 22 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: PRISM GLASS RECYCLING, LLC.% SUMI JAMES-BLACK, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 23 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SJB INVESTMENT ENTERPRISES, LLC %, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 16 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOOM MI HAM ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 25 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: REGULAR LITIGANT..: NETWORKING TECHNOLOGIES,LLC.,%, ET AL ADDRESS...: 3910 CAUGHEY ROAD CTY/ST/ZIP: ERIE, PA 16506 HND TO....: AMY MAIN (PROCUREMENT CLERK), AIC SHF/DPTY..: ASHLEY ROBERTS DATE/TIME.: 8/11/23 @11:07 | No |
| 19 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: THE SILVERTHORN 2021 IRREVOCABLE TRUST %, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 26 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: REGULAR LITIGANT..: REABAH,INC.,% JAMES J. BAHM, PRESIDENT ADDRESS...: 3910 CAUGHEY ROAD CTY/ST/ZIP: ERIE, PA 16506 HND TO....: AMY MAIN (PROCUREMENT CLERK), AIC SHF/DPTY..: ASHLEY ROBERTS DATE/TIME.: 8/11/23 @11:07 | No |
| 27 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: REGULAR LITIGANT..: NICOLE BUZZARD ADDRESS...: 6400 LAKE SHORE DRIVE CTY/ST/ZIP: ERIE, PA 16505 HND TO....: NICOLE BUZZARD, PERSONALLY SHF/DPTY..: ANDY JACKSON DATE/TIME.: 8/14/23 @14:42 COSTS.....: $ 761.00 | No |

| Sequence | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 24 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOOMI JAMES BLACK ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 18 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: THE SUMI JAMES-BLACK 2022 IRREVOCABLE TRUST %, ET AL ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 14 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOO MI NHEI ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 15 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SUMI JAMES ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 13 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOO MI HAM ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 12 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOOMI H. JAMES ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 11 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SUMI JAMES-BLACK ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 10 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOOMI JAMES ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 17 | 8/16/2023 12:00:00 AM | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. | SHERIFF'S FILE RETURNED TO PROTHONOTARY'S OFFICE, FILED. CASE TYPE.: WRIT OF SUMMONS RET TYPE: NOT SERVED LITIGANT..: SOOMI JAMES DIEBOLD ADDRESS...: 289 NIAGARA POINTE CTY/ST/ZIP: ERIE, PA 16507 HND TO....: RETURNED UNSERVED SHF/DPTY..: JONATHAN CLOVER DATE/TIME.: NOT SERVED | No |
| 28 | 8/25/2023 12:00:00 AM | PRAECIPE TO REISSUE | PRAECIPE TO REISSUE WRIT OF SUMMONS F/GERY T. NIETUPSKI, ESQ AND ANTHONY ANGELONE, ESQ | No |
| 29 | 8/28/2023 12:00:00 AM | WRIT OF SUMMONS REISSUED | WRIT OF SUMMONS REISSUED | No |
| 30 | 9/11/2023 12:00:00 AM | WRIT OF SUMMONS REISSUED | THREE REISSUED WRIT OF SUMMONS PLACED IN COURTHOUSE BOX | No |
| 31 | 9/26/2023 12:00:00 AM | PRAECIPE TO REISSUE | PRAECIPE TO REISSUE WRIT OF SUMMONS F/ANTHONY ANGELONE, ESQ | No |
| 32 | 9/27/2023 12:00:00 AM | WRIT OF SUMMONS REISSUED | WRIT OF SUMMONS REISSUED | No |
| 33 | 10/20/2023 12:00:00 AM | ACCEPTANCE OF SERVICE | ACCEPTANCE OF SERVICE OF WRIT OF SUMMONS ON BEHALF OF TOP ROAD, LLC ON 9/26/23. S/LAWRENCE G MCMICHAEL, ESQ | No |

| Sequence | Filing Date | Docket Type | Docket Text | Sealed |
|---|---|---|---|---|
| 34 | 4/12/2024 12:00:00 AM | COMPLAINT | COMPLAINT CHAPTERS 1 THRU 12; W/NOTICE TO DEFEND, VERIFICATION, CERT OF COMPLIANCE, CERT OF SERVICE, EXHIBIT LIST AND EXHIBITS; F/GERY NIETUPSKI ESQ; ANTHONY ANGELONE ESQ, ELLIOT SEGEL, ESQ. AND KENNETH WARGO ESQ | No |
| 2 | 4/12/2024 12:00:00 AM | CAPTION CHANGE: | CAPTION CHANGE: SAMUEL P. BLACK, III; SAMUEL P. BLACK & ASSOCIATES, INC., D/B/A BLACK INSURANCE GROUP; ERIE MANAGEMENT GROUP, LLC., BLACK INTERESTS LIMITED PARTNERSHIP; HERO BX MANAGEMENT & CONSULTING LLC; SB3, LLC; SB ERIE PROPERTIES, LLC; S/P. BLACK FAMILY HOLDINGS, LP LAKE ERIE BIOFUELS, LLC., D/B/A HERO BX VS. SOOMI JAMES A/K/A SUMI JAMES-BLACK A/K/A SOOMI JAMES BLACK A/K/A SOOMI H JAMES, A/K/A SOOMI HAM A/K/A SOOMI NHEI A/K/A SUMI JAMES A/K/A SOOMI MI NICOLE BUZZARD; AND THE SUMI JAMES-BLACK 2022 IRREVOCABLE TRUST; AND THE JAMES-BLACK 2020 IRREVOCABLE TRUST AND THE SILVERTHORN 2021 IRREVOCABLE TRUST; AND THE SJB 2020 | No |
| 3 | 4/12/2024 12:00:00 AM | CAPTION CHANGE: | INHERITANCE TRUST; AND THE SPB II (HDAI) 2020 IRREVOCABLE TRUST AND LOT 289 LLC; AND LOT 298; AND TOP ROAD, LLC; AND PRISM GLASS RECYCLING, LLC; AND SJB INVESTMENT ENTERPRISES, LLC; AND REABAH, INC. AND NETWORKING TECHNOLOGIES, LLC; AND KNOX MCLAUGHLIN GORNALL & SENNETT, P.C. | No |
| 35 | 5/8/2024 3:59:48 PM | IMPORTANT NOTICE DTD | 5/8/24 ON BEHALF OF PLTF F/GERY T. NIETUPSKI, ESQ W/CERT OF COMPLIANCE, CERT OF SERVICE, | No |

## Legacy Transactions

| Date | Receipt Number | Amount |
|---|---|---|
| 7/27/2023 12:00:00 PM | 1450248 | $143.75 |
| 8/25/2023 12:00:00 PM | 1451389 | $10.00 |
| 9/26/2023 12:00:00 PM | 1452706 | $10.00 |