# Exhibit "B"

| | |
|---|---|
| SAMUEL P BLACK, III; SAMUEL P BLACK & ASSOCIATES d/b/a BLACK INSURANCE GROUP; ERIE MANAGEMENT GROUP, LLC; SAMUEL P BLACK III; BLACK INTERESTS LIMITED PARTNERSHIP; HERO BX MANAGEMENT CONSULTING; SB3 LLC; SB ERIE PROPRTIES LLC; S P BLACK FAMILY HOLDINGS LP LAKE ERIE BIOFUELS, LLC d/b/a HERO BX. | IN THE COURT OF COMMON PLEAS OF ERIE COUNTY, PENNSYLVANIA |
| VS. | CASE NO 11750-2023 |
| SOOMI JAMES a/k/a SUMI JAMES-BLACK a/k/a SOOMI JAMES BLACK a/k/a SOOMI H JAMES a/k/a SOO MI HAM a/k/a SOO MI NHEI a/k/a SUMI JAMES a/k/a SOOMI MI HAM a/k/a SOOMI JAMES DIEBOLD; AND NICOLE BUZZARD; AND THE SUMI JAMES-BLACK 2022 IRREVOCABLE TRUST; AND THE JAMES BLACK 2020 IRREVOCABLE TRUST; AND THE SILVERTHORN 2021 IRREVOCABLE TRUST; AND THE SJB 2020 INHERITANCE TRUST; AND THE SPB III (HDAI) 2020 IRREVOCABLE TRUST; AND LOT 289 LLC; AND LOT 298 LLC AND TOP ROAD LLC; AND PRISM GLASS RECYCLING LLC; AND SJB INVESTMENT ENTERPRISES, LLC; AND REABAH INC; AND NETWORKING TECHNOLOGIES, LLC; AND KNOX MCLAUGHLIN GORNALL & SENNETT, PC | |

## WRIT OF SUMMONS

TO: THE ABOVE NAMED DEFENDANT (S):

YOU ARE HEREBY NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF (S) HAS (HAVE) COMMENCED AN ACTION AGAINST YOU.

COPIES OF ALL PLEADINGS FILED SHOULD BE SERVED UPON PLAINTIFF (S) / COUNSEL:

> Gery T. Nietupski, Esq
> Anthony Angelone, Esq.
> 3204 State Street
> Erie PA 16508
> (814) 454-1600
> (814) 888-4210

AUBREA HAGERTY-HAYNES
CLERK OF RECORDS
PROTHONOTARY DIVISION

Date: July 28, 2023

By: _____
Eruvinia Rivera-Vera, Deputy